IRA B. GRUDBERG *v.* GEORGE C. LEINING ET AL.
(13278)

FOTI, LANDAU and HENNESSY, Js.
Argued September 26—decision released October 11, 1994

*George C. Leining,* pro se, with whom, on the brief, was *Rose A. Leining,* pro se, the appellants (named defendant et al.).

*J. Michael Sulzbach,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.